FILED: May 22, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1080
(A089-922-648)

_____

PIN ZHUANG CHEN

        Petitioner

v.

ERIC H. HOLDER, JR., Attorney General

        Respondent

_____

O R D E R

_____

        The court grants petitioner's motion to file the opening brief and appendix out of time and accepts the brief and appendix for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk